# Court of Appeals
# of the State of Georgia

ATLANTA,  February 16, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0427.  TMX FINANCE HOLDINGS, INC. et al. v. DRUMMOND FINANCIAL SERVICES, LLC et al.**

In this action between competing conglomerates of auto title loan companies, the plaintiff appellees alleged the defendant appellants engaged in a nationwide campaign of unfair competition to steal the appellees' customers.  On May 28, 2015, the trial court granted an interlocutory injunction in favor of the plaintiff appellees, enjoining the defendant appellants from searching any state's databases identifying any customers of the appellees; from entering the parking lots of any of the plaintiff appellees' stores; and from soliciting any of the plaintiff appellees' customers.

In granting the interlocutory injunction, the trial court found (1) there was a substantial threat the appellees would suffer irreparable injury in the form of lost customers, lost goodwill; and repeated trespasses; (2) the threatened injury to the appellees far outweighs any harm to the appellants; (3) an interlocutory injunction would serve the public interest; and (4) there was a substantial likelihood the appellees would prevail on the merits of their claims.

As this appeal thus involves the propriety of equitable relief, jurisdiction over the appeal lies with the Supreme Court.  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (2); *Electronic Data Systems Corp. v. Heinemann*, 268 Ga. 755 (493 SE2d 132) (1997).  Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*   02/16/2016
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*